# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Walmart Inc., <br><br> Defendant. | Civil Action No. 4:21-cv-00091-ALM <br><br> Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Walmart Inc. ("Walmart") hereby state that they have resolved the matters in controversy between them. Accordingly, R2 Solutions and Walmart stipulate that any and all claims by and between R2 Solutions and Walmart in the above-captioned action shall be dismissed WITH PREJUDICE.

For this reason, R2 Solutions and Walmart ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated:**  February 4, 2022                                   Respectfully submitted,

/s/ *Edward R. Nelson III*                                      /s/ *Eric H. Findlay*
Edward R. Nelson III                                            Eric H. Findlay
State Bar No. 00797142                                          State Bar No. 00789886
Brent N. Bumgardner                                             Debby Gunter
State Bar No. 00795272                                          State Bar No. 24012752
Christopher G. Granaghan                                        **FINDLAY CRAFT, P.C.**
State Bar No. 24078585                                          102 N. College Ave. Suite 900
John P. Murphy                                                  Tyler, Texas  75702
State Bar No. 24056024                                          Tel:  (903) 534-1100
Carder W. Brooks                                                Fax:  (903) 534-1137

| | |
|---|---|
| State Bar No.  24105536<br>**NELSON BUMGARDNER CONROY PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111<br>ed@nelbum.com<br>brent@nelbum.com<br>chris@nelbum.com<br>murphy@nelbum.com<br>carder@nelbum.com<br><br>**COUNSEL FOR PLAINTIFF**<br>**R2 SOLUTIONS LLC** | Email: efindlay@findlaycraft.com<br>Email: dgunter@findlaycraft.com<br><br>Kathryn Riley Grasso<br>Damon Marcus Lewis<br>**DLA Piper LLP (US)**<br>500 Eighth Street NW<br>Washington, DC 20004<br>Tel: (202) 799-4000<br>Fax: (202) 799-5000<br>Email: Kathryn.Riley@us.dlapiper.com<br>Email: Damon.Lewis@us.dlapiper.com<br><br>Christian Chessman<br>**DLA Piper LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: (650) 833-2112<br>Fax: (650) 687-1141<br>Christian.Chessman@us.dlapiper.com<br><br>**COUNSEL FOR DEFENDANT**<br>**WALMART INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on February 4, 2022 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*