IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Walmart Inc., <br><br> Defendant. | Civil Action No. 4:21-cv-00091-ALM <br><br> Jury Trial Demanded |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Walmart Inc. ("Walmart") pertaining to the above-captioned action. Having considered the Joint Stipulation of Dismissal, which the Court accepts and acknowledges, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that all claims by and between R2 Solutions and Walmart in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
SIGNED this 7th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE